UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COURTNEY WRIGHT
Plaintiff,

          Case No. 8:19-CV-00739

v.

MARINER FINANCE, LLC,
Defendant.

_____/

## JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE

Plaintiff, Courtney Wright, and Defendant, Mariner Finance, LLC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to arbitrate this matter with the American Arbitration Association, and further stipulate to the entry of the attached proposed order staying this lawsuit and administratively closing the case pending the conclusion of arbitration.

Respectfully submitted this 30th day of May, 2019.

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | */s/ Jacqueline Simms-Petredis* |
| Michael A. Ziegler, Esq. | Jacqueline Simms-Petredis, Esq. |
| Kaelyn Steinkraus, Esq. | FL Bar #0906751 |
| Law Office of Michael A. Ziegler, P.L. | jsimms-petredis@burr.com |
| 2561 Nursery Road, Suite A | Zachary D. Miller, Esq. |
| Clearwater, FL 33764 | FL Bar #95669 |
| mike@zieglerlawoffice.com | zmiller@burr.com |
| kaelyn@zieglerlawoffice.com | BURR & FORMAN LLP |
| ***Attorneys for Plaintiff*** | 201 North Franklin Street, Suite 3200 |
| | Tampa, Florida 33602 |
| | Tel: (813) 221-2626 |
| | Fax: (813) 357-3534 |
| | ***Attorneys for Mariner Finance*** |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 30, 2019, I electronically filed the foregoing with the Clerk of Court by using the Notice of Electronic Filing via CM/ECF, which will send an electronic copy to:

Michael A. Ziegler, Esq.
Kaelyn Steinkraus, Esq.
Law Office of Michael A. Ziegler, P.L.
2561 Nursery Road, Suite A
Clearwater, FL 33764
mike@zieglerlawoffice.com
kaelyn@zieglerlawoffice.com
*Attorneys for Plaintiff*

*/s/ Jacqueline Simms-Petredis*
Jacqueline Simms-Petredis, Esq.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COURTNEY WRIGHT
Plaintiff,

Case No. 8:19-CV-00739

v.

MARINER FINANCE, LLC,
Defendant.

_____/

## ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT AND ADMINISTRATIVELY CLOSE CASE

THIS CAUSE came before the Court on the parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case. The Court has reviewed the Joint Stipulation and case file and is otherwise fully advised in the premises, and hereby ORDERS:

1. The Court GRANTS the Motion, compels this matter to arbitration and stays the matter pending the conclusion of arbitration. The Clerk is directed to administratively close this matter.

DONE AND ORDERED in Tampa, Florida on _____, 2019.

_____
Hon. Mary Scriven
United States District Judge

Copies to: Kaelyn Steinkraus, Jacqueline Simms-Petredis

33559803 v1