# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**COURTNEY WRIGHT,**

    Plaintiff,

v.                                        Case No: 8:19-cv-739-MSS-AAS

**MARINER FINANCE, LLC,**

    Defendant.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case. (Dkt. 15) The Parties represent that they "stipulate to arbitrate this matter with the American Arbitration Association." (Id.)

Upon consideration, the Court **APPROVES** the Parties' Joint Stipulation to Arbitrate Claims, Stay Lawsuit and Administratively Close Case. (Dkt. 15) The Court hereby **ORDERS** that this proceeding is **STAYED** pending arbitration. The Clerk is directed to **TERMINATE** all motions pending before the Court and **ADMINISTRATIVELY CLOSE** this case. The Parties shall have **fourteen (14) days** after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of June, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person