## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**COURTNEY WRIGHT,**

    **Plaintiff,**                                           Case No: 8:19-cv-00739

v.

**MARINER FINANCE LLC,**

    **Defendant.**

_____/

### STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, **COURTNEY WRIGHT**, and Defendant(s), **MARINER FINANCE LLC** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **June 12, 2020**,

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **BURR & FORMAN, LLP** |
| */s/ Kaelyn Steinkraus* | */s/ Zachary David Miller* |
| Kaelyn Steinkraus, Esq. | Zachary David Miller, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 95669 |
| kaelyn@attorneydebtfighters.com | zmiller@burr.com |
| 2561 Nursery Road, Suite A | 222 Second Avenue South, Suite 2000 |
| Clearwater, FL 33764 | Nashville, TN 37201 |
| (p) (727) 538-4188 | (p) (615) 724-3216 |
| (f) (727) 362-4778 | (f) (615) 724-3316 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **12** day of **June, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                */s/ Kaelyn Steinkraus*
                                                Kaelyn Steinkraus, Esq.
                                                Florida Bar No. 125132